**Order entered September 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01010-CR

**DAVID CARY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81636-2011**

## ORDER

The State's unopposed motion for an extension of time in which to file its appellee brief

is **GRANTED** and the brief is deemed timely filed as of the date received.


/s/      ELIZABETH LANG-MIERS
          PRESIDING JUSTICE